# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JASON SCOTT IMBACH, | No. ED CV 09-1957-GW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 3, 2012

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE